1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   DAVID WIKSELL
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

   Attorney for Defendant
8  VICKAS PEGANY

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,        ) No. 09-MJ-288 KJM
15                                   )
                    Plaintiff,       )
16                                   ) STIPULATION AND ORDER TO CONTINUE
        v.                           ) COURT TRIAL
17                                   )
   VICKAS PEGANY,                    )
18                                   ) Date:  November 30, 2009
                    Defendant.       ) Time:  10:00 a.m.
19                                   ) Judge: Hon. Kimberly J. Mueller
   _____  )
20

21
   The United States of America, through MATTHEW STEGMAN, Assistant United
22
   States Attorney, together with defendant, VICKAS PEGANY, by Assistant
23
   Federal Defender, LAUREN CUSICK, Office Of The Federal Defender,
24
   stipulate to vacate the court trial set for November 30, 2009 and set
25
   this case for court trial on February 16, 2010, at 10:00 a.m.
26

27

28

1    The continuance is requested because the parties are continuing to

2  negotiate a disposition in this matter.

3  Dated:   November 19, 2009

                                        Respectfully submitted,

4

                                        DANIEL J. BRODERICK
5                                       Federal Defender

6

7                                       /s/ Lauren Cusick
                                        LAUREN CUSICK
8                                       Assistant Federal Defender
                                        Attorney for Defendant
9                                       VICKAS PEGANY

10

Dated:   November 19, 2009              BENJAMIN WAGNER
11                                      United States Attorney

12

                                        /s/ Matthew Stegman
13                                      MATTHEW STEGMAN
                                        Assistant U.S. Attorney

14

15                              ORDER

16    The court trial is continued from November 30, 2009, at 10:00

17 a.m., to February 16, 2010, at 10:00 a.m.

18    IT IS SO ORDERED.

19 DATED: November 19, 2009.

20                                      _____
                                        U.S. MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER   -2-