```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID WIKSELL
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  VICKAS PEGANY

 9

10
                  IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    ) No. 09-MJ-288 KJM
15                               )
                   Plaintiff,    )
16                               ) STIPULATION AND ORDER TO CONTINUE
         v.                      ) COURT TRIAL
17                               )
    VICKAS PEGANY,               )
18                               ) Date:  February 16, 2010
                   Defendant.    ) Time:  10:00 a.m.
19                               ) Judge: Hon. Kimberly J. Mueller
    _____ )
20

21
    The United States of America, through MATTHEW STEGMAN, Assistant United
22
    States Attorney, together with defendant, VICKAS PEGANY, by Assistant
23
    Federal Defender, LAUREN CUSICK, Office Of The Federal Defender,
24
    stipulate to vacate the court trial set for February 16, 2010 and set
25
    this case for court trial on March 22, 2010, at 10:00 a.m.
26

27

28
```

1    The continuance is requested because the parties are continuing to
2 negotiate a disposition in this matter.
3 Dated:   February 11, 2010
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Lauren Cusick
                                        LAUREN CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        VICKAS PEGANY

Dated:   February 11, 2010              BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Matthew Stegman

                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

                                      ORDER

   The court trial is continued from February 16, 2009, at 10:00
a.m., to March 22, 2010, at 10:00 a.m.
   IT IS SO ORDERED.
DATED:   February 11, 2010.


                                        _____
                                        U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER              -2-