```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
DAVID WIKSELL
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VICKAS PEGANY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-MJ-288 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| VICKAS PEGANY, | ) | Date:  March 22, 2010 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Kimberly J. Mueller |
| | ) | |
| _____ | ) | |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, VICKAS PEGANY, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to vacate the court trial set for March 22, 2010 and set this case for court trial on April 19, 2010, at 10:00 a.m.

1     The continuance is requested because the parties are continuing to
2 negotiate a disposition in this matter.
3 Dated:  March 19, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ Lauren Cusick
                                      LAUREN CUSICK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      VICKAS PEGANY


Dated:  March 19, 2010               BENJAMIN WAGNER
                                      United States Attorney


                                      /s/ Daniel McConkie for
                                      MATTHEW STEGMAN
                                      Assistant U.S. Attorney


                                   ORDER

    The court trial is continued from March 22, 2010, at 10:00 a.m.,
to April 19, 2010, at 10:00 a.m.

    IT IS SO ORDERED.

DATED: March 19, 2010.

                                      U.S. MAGISTRATE JUDGE